Marie Boland, Respondent, v. State of New York, Appellant. (Motion No. M-11936.) —

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur. [61 Misc 2d 802.]

In the Matter of the Claim of Genevieve Jones et al., Respondents, v. Hawkes Ambulance Service, Inc., et al., Appellants. Workmen's Compensation Board, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.